IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD WAYNE MULLINS                                         PLAINTIFF

V.                          NO.  4:08cv00656 SWW

STEVEN BEARDEN, et al                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case is hereby dismissed in its entirety, without prejudice, and all pending motions are denied as moot.

IT IS SO ORDERED this 19th day of November 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE